AO 91 (Rev. 11/11) Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
District of Columbia

| United States of America | ) | Case: 1:21-mj-00119 |
|---|---|---|
| v. | ) | Assigned To : Faruqui, Zia M. |
| Jessica Marie Watkins, | ) | Assign. Date : 1/19/2021 |
| Donovan Ray Crowl, | ) | Description: Complaint w/ Arrest Warrant |
| Thomas Edward Caldwell, | ) | |
| | ) | |
| | ) | |
| *Defendant(s)* | | |

## AMENDED CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of __January 6, 2021__ in the county of _____ in the _____ District of __Columbia__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. § 371 | Conspiracy |
| 18 U.S.C. § 372 | Conspiracy to Impede or Injure Officer Without Lawful Authority |
| 18 U.S.C. § 1361 | Destruction of Government Property |
| 18 U.S.C. § 1512(c)(2) | Obstruction of an Official Proceeding |
| 18 U.S.C. § 1752(a) | Restricted Building or Grounds |
| 40 U.S.C. § 5104(e)(2) | Violent Entry and Disorderly Conduct on Capitol Grounds |

This criminal complaint is based on these facts:

See attached affidavit, which is incorporated herein by reference.

☑ Continued on the attached sheet.

*Complainant's signature*

Michael M. Palian Jr., Special Agent, FBI
*Printed name and title*

Attested to by the applicant in accordance with the requirements of Fed. R. Crim. P. 4.1 by Telephone (specify reliable electronic means).

Date: 01/19/2021

*Judge's signature*

City and state: Washington, D.C.

ZIA M. FARUQUI U.S. MAGISTRATE JUDGE
*Printed name and title*